UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CONNIE FRANCONERO p/k/a CONNIE FRANCIS, :
:
                              Plaintiff,    :    02 Civ. 1963 (BJ) (DFE)
:
    - against -                       :    **CERTIFICATE OF**
:    **SERVICE**
UMG RECORDINGS, INC.,             :
:
                              Defendant.    :
------------------------------------------------------------------------X

      I, Jeremy M. Creelan, do hereby certify that on this 27th day of March, 2009, I caused the within *Declaration of Jeremy M. Creelan in Support of Defendant's Motion for Summary Judgment* to be filed via this Court's Electronic Case Filing System and caused same to be served on Brian D. Caplan, Esq., Caplan & Ross, LLP, 100 Park Avenue, 18th Floor, New York, New York 10022, *Attorneys for Plaintiff*, via Federal Express overnight mail delivery.

Dated: New York, New York
       March 27, 2009

                                                      s/Jeremy M. Creelan
                                                        Jeremy M. Creelan

2811